UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KIMMARA SUMRALL**, <br><br> Plaintiff, <br><br> v. <br><br> **JANINE ALI**, <br><br> Defendant. | Case No. 1:25-cv-2277 (TNM) |

**TEMPORARY RESTRAINING ORDER**

The motion for a temporary restraining order against Janine Ali is GRANTED.

IT IS HEREBY ORDERED that Janine Ali must abide by the following conditions:

1. Stay at least 25 yards away from Kimmara Sumrall;

2. Stay at least 100 yards away from Kimmara Sumrall's home and place of employment;

3. Have no contact with Kimmara Sumrall by any means whatsoever;

4. Do not communicate or attempt to communicate with Kimmara Sumrall. This means either directly or through any other person by telephone, written message, electronic message, or any form of social media or otherwise;

Any violation of these conditions, or any other condition imposed by the Court, may result in immediate notification being made to the Court and could result in prosecution for Contempt of Court or other sanctions.

This Order is effective immediately and will remain in place until either August 4th, 2025, or this Court's issuance of a ruling on the motion for a preliminary injunction, whichever

is earlier.

Dated: July 21, 2025

                                                    TREVOR N. McFADDEN, U.S.D.J.