**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KIMMARA SUMRALL<br><br>*Plaintiff,*<br><br>v.<br><br>JANINE ALI<br><br>*Defendant.* | Case No. 1:25-cv-02277 (TNM) |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S
CORRECTED MOTION FOR LIVE TESTIMONY AND
CROSS-EXAMINATION AT PRELIMINARY INJUNCTION HEARING**

Defendant Janine Ali opposes Plaintiff's Corrected Motion for Live Testimony and Cross-Examination At Preliminary Injunction Hearing ("Corrected Motion"), Dkt. 16, to the extent the motion seeks to cross-examine *any* Defense witness who is not testifying at Monday's preliminary injunction hearing, but whose sworn testimony Defendant relied on in opposing Plaintiff's motion for a preliminary injunction. Such Defense witnesses can only refer to the two witnesses who testified for the Defense at Ms. Ali's trial: Ms. Ali and Ms. Wallace. The changes in language from the original to the Corrected Motion confirm the above reading of the motion. It is the *third* time Plaintiff makes this motion. The Court denied the same motion *twice*, when it was made by letter before the TRO hearing last week, *see* Dkt. 9 and related Minute Order, and orally at the end of the TRO hearing last week.[1] Defendant opposes any such cross-examination.

---

[1] *See Sumrall v. Ali*, Case. No. 25-cv-02277 (TNM), Transcript of Motion for Temporary Restraining Order (July 21, 2025) at 35:11-18, Dkt. 14.

To be clear, Defendant opposes the second part of Plaintiff's request.  The relevant language in the original motion, Dkt 15, reads: "Plaintiff . . . hereby requests in writing that this Court allow her to offer the live testimony of U.S. Capitol Police Officer Reed Bonney, **and to cross-examine any Defense witness at the Preliminary Injunction hearing in this matter,** currently set for July 28, 2025.  The relevant language in the Corrected Motion reads: "Plaintiff . . . hereby submits this corrected request in writing that this Court allow her to offer the live testimony of U.S. Capitol Police Officer Reed Bonney, **and to cross-examine any Defense witness <u>upon whose sworn statement the Defendant relies in opposing Plaintiff's Motion for a Preliminary Injunction</u> at the Preliminary Injunction hearing**, set for July 28, 2025.

When Defendant's counsel read the original motion filed, Dkt. 15, he thought it odd that Plaintiff was requesting to cross-examine a Defense witness at the upcoming preliminary injunction hearing because cross-examination of a testifying witness is expected.  The Corrected Motion reveals the real motive of Plaintiff's request.  Despite the Court unambiguously ordering one witness per side for this Monday's hearing,[2] Plaintiff wants to examine three.

Plaintiff's counsel has a professional duty of candor to the Court and should clarify immediately what Plaintiff seeks through the Corrected Motion, as Defense counsel is preparing for the hearing on the basis of the Court's instruction that each side will be allowed to present one witness and to cross-examine the one witness the other side presents.

Despite the Court clearly stating that it does "not intend to retry the assault case," (Transcript  of Motion for a TRO at 32:9), Plaintiff seeks to do exactly that.  Plaintiff's actions in

---

[2] *See* Transcript of Motion for TRO at 35:15-18 ("THE COURT: Well, you'll get an opportunity to cross any one witness that Mr. Panopoulos wishes to present.  So the same thing for you, sir. You can present up to one witness on Monday.").

this case—from the filing of a pretextual complaint to the present motion—are an indication of

what to expect in the case.  The Court should deny Plaintiff's Corrected Motion.


Dated: July 26, 2025                                    Respectfully submitted,

                                                       /s/ *Frank Panopoulos*
                                                       Frank Panopoulos, DC Bar No. 459365
                                                       26 Trailridge Ct.
                                                       Potomac, MD 20854
                                                       fpanopoulos@icloud.com
                                                       Tel: 301-956-4249