UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIMMARA SUMRALL<br><br>PLAINTIFF,<br><br>v.<br><br>JANINE ALI<br><br>DEFENDANT. | CASE NO. 1:25-cv-02277 (TNM) |

## DEFENDANT JANINE ALI'S MOTION
## TO STRIKE PORTIONS OF THE FIRST AMENDED COMPLAINT

Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, Defendant Janine Ali moves to strike the new additions in Plaintiff's First Amended Complaint (ECF 38) identified in the accompanying Memorandum of Law supporting this motion.

Dated: November 5, 2025.                     Respectfully Submitted,

/s/ *George R.A. Doumar*
George R.A. Doumar, D.C. Bar No. 415446
Raj H. Patel, D.C. Bar No. 240973
Doumar Martin, PLLC
1530 Wilson Boulevard, Suite 1060
Arlington, Virginia 22209
Tel: (703) 243-3737
gdoumar@doumarmartin.com
rpatel@doumarmartin.com

/s/ *Frank Panopoulos*
Frank Panopoulos, DC Bar No. 459365
26 Trailridge Ct.
Potomac, MD 20854
Tel: (301) 956-4249
fpanopoulos@icloud.com

1

/s/ *Jenin Younes*\*
Jenin Younes, DC Bar No. 90021577
National Legal Director
American-Arab Anti-Discrimination Committee
910 17th Street Northwest
Washington, DC 20006
Tel: (202) 244-2990
jyounes@adc.org

\**admitted pro hac vice only*

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2025, I caused a true and correct copy of the foregoing Motion to be served via ECF upon all counsel of record via the Court's CM/ECF system.

/s/ *George R.A. Doumar*
George R.A. Doumar, D.C. Bar No. 415446
Raj H. Patel, D.C. Bar No. 240973
Doumar Martin, PLLC
1530 Wilson Boulevard, Suite 1060
Arlington, Virginia 22209
Tel: (703) 243-3737
gdoumar@doumarmartin.com
rpatel@doumarmartin.com

*Counsel for Defendant*