UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIMMARA SUMRALL<br><br>PLAINTIFF,<br><br>v.<br><br>JANINE ALI<br><br>DEFENDANT. | CASE NO. 1:25-cv-02277 (TNM) |

## ORDER

THIS CAUSE CAME on Defendant Janine Ali's Motion to Strike Portions of the First Amended Complaint pursuant to Fed. R. Civ. P. 12(f), and upon consideration of the accompanying Memorandum in Support, the opposition and reply thereto, and the entire record herein, it is hereby,

ORDERED that Defendant's Motion to Strike Portions of the First Amended Complaint is GRANTED.

ENTERED this ___ day of _____, 2025.

_____
The Honorable Trevor N. McFadden
United States District Judge
United States District Court for the District of Columbia

1