UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIMMARA SUMRALL<br><br>PLAINTIFF,<br><br>v.<br><br>JANINE ALI<br><br>DEFENDANT. | CASE NO. 1:25-cv-02277 (TNM) |

### DEFENDANT JANINE ALI'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(1) and (6), Defendant Janine Ali moves to dismiss Plaintiff Kimmara Sumrall's First Amended Complaint (ECF No. 38). Plaintiff's claim under 42 U.S.C. § 1981 fails as a matter of law and provides no basis for federal-question jurisdiction.

As explained more fully in the accompanying Memorandum in Support, the plain language of § 1981, the Supreme Court's and majority of Circuit Courts' interpretation of the statute, and the constitutional limits on federal power all require dismissal of Plaintiff's claim. Plaintiff alleges no contractual relationship, no state action, and no facts plausibly suggesting discriminatory intent.

The state law counts also largely fail as a matter of law.

ORAL HEARING REQUESTED.

Dated: November 12, 2025.                                                                 Respectfully Submitted,

/s/ *George R.A. Doumar*
George R.A. Doumar, D.C. Bar No. 415446
Raj H. Patel, D.C. Bar No. 240973
Doumar Martin, PLLC
1530 Wilson Boulevard, Suite 1060
Arlington, VA 22209
Tel: (703) 243-3737

gdoumar@doumarmartin.com
rpatel@doumarmartin.com

/s/ *Frank Panopoulos*
Frank Panopoulos, D.C. Bar No. 459365
26 Trailridge Ct.
Potomac, MD 20854
Tel: (301) 956-4249
fpanopoulos@icloud.com

/s/ *Jenin Younes**
Jenin Younes, D.C. Bar No. 90021577
National Legal Director
American-Arab Anti-Discrimination Committee
910 17th Street Northwest
Washington, DC 20006
Tel: (646) 592-5877
jyounes@adc.org

**admitted pro hac vice only*

*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2025, I caused a true and correct copy of the foregoing Motion to be served via ECF upon all counsel of record via the Court's CM/ECF system.

/s/ *George R.A. Doumar*
George R.A. Doumar, D.C. Bar No. 415446
Raj H. Patel, D.C. Bar No. 240973
Doumar Martin, PLLC
1530 Wilson Boulevard, Suite 1060
Arlington, Virginia 22209
Tel: (703) 243-3737
gdoumar@doumarmartin.com
rpatel@doumarmartin.com

*Counsel for Defendant*