UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIMMARA SUMRALL<br><br>PLAINTIFF,<br><br>v.<br><br>JANINE ALI<br><br>DEFENDANT. | CASE NO. 1:25-cv-02277 (TNM) |

## ORDER

THIS CAUSE CAME on Defendant Janine Ali's Motion to Dismiss the First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), and upon consideration of the accompanying Memorandum in Support, any opposition and reply thereto, and the entire record herein, it is hereby,

ORDERED that Defendant's Motion to Dismiss is GRANTED; and it is further

ORDERED that Plaintiff's claim under 42 U.S.C. § 1981 is DISMISSED WITH PREJUDICE for failure to state a claim; and it is further

ORDERED that the Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state-law claims, which are DISMISSED WITHOUT PREJUDICE; and it is further

ORDERED that the Clerk shall close this case.

1

2

ENTERED this ___ day of _____, 2025.

                                           _____
                                           The Honorable Trevor N. McFadden
                                           United States District Judge
                                           United States District Court for the District of Columbia