**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KIMMARA SUMRALL<br>PLAINTIFF,<br>**v.**<br>JANINE ALI<br>DEFENDANT. | **CASE NO.** 1:25-cv-02277 (TNM) |

**NOTICE OF VOLUNTARY DISMISSAL OF COUNTERCLAIM**

Pursuant to Fed. R. Civ. P. 41(c), Defendant/Counterclaim-plaintiff Janine Ali respectfully dismisses the Counterclaim against Plaintiff/Counterclaim-defendant Kimmara Sumrall filed on September 18, 2026.

This action may be done without a court order under Rules 41(a)(1)(A)(i) and 41(c), as Ms. Sumrall has not filed or served a responsive pleading and no evidence has been introduced at a hearing or trial.

This dismissal is without prejudice as Ms. Ali has not previously dismissed any action based on or including the same claim as the Counterclaim.

Dated: October 12, 2026.

Respectfully Submitted,

/s/ *George R.A. Doumar*

George R.A. Doumar, D.C. Bar No. 415446
Raj H. Patel, D.C. Bar No. 240973
Doumar Martin, PLLC
1530 Wilson Boulevard, Suite 1060
Arlington, Virginia 22209
Tel: (703) 243-3737
gdoumar@doumarmartin.com
rpatel@doumarmartin.com

/s/ *Frank Panopoulos*
Frank Panopoulos, D.C. Bar No. 459365
26 Trailridge Ct.
Potomac, MD 20854
Tel: (301) 956-4249
fpanopoulos@icloud.com

/s/ *Jenin Younes*
Jenin Younes, D.C. Bar No. 90021577
American-Arab Anti-Discrimination
Committee
910 17th Street Northwest
Washington, DC 20006
Tel: (202) 244-2990
jyounes@adc.org

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2026, I caused a true and correct copy of the foregoing to be served via ECF upon all counsel of record via the Court's CM/ECF system.

/s/ *George R.A. Doumar*
George R.A. Doumar, D.C. Bar No. 415446
Raj H. Patel, D.C. Bar No. 240973
Doumar Martin, PLLC
1530 Wilson Boulevard, Suite 1060
Arlington, Virginia 22209
Tel: (703) 243-3737
gdoumar@doumarmartin.com
rpatel@doumarmartin.com

*Counsel for Defendant*