**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **KIMMARA SUMRALL**<br>*Plaintiff,*<br>v.<br>**JANINE ALI**<br>*Defendant.* | **Case No. 1:25-cv-02277** |

**PLAINTIFF'S STIPULATION CAPPING DAMAGES**

Plaintiff Kimmara Sumrall, undersigned below with counsel, hereby caps her damages, and all monetary recovery implicated by the Seventh Amendment to the U.S. Constitution, to $1 in the above captioned matter, without prejudice to equitable relief, costs, attorneys' fees, and any other recovery not implicated by the Seventh Amendment.

Kimmara Sumrall — 10/26/2026

Kimmara Sumrall — Date

**Date**: October 26, 2026

Respectfully submitted,

**National Jewish Advocacy Center**
3 Times Square, Suite 512
New York, NY 10036

/s/ *Matthew Mainen*

Matthew Mainen
D.D.C. Bar No. MD0200
D.C. Bar No. 90021723
Phone: (301) 814-9007

Email: matt@njaclaw.org

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of October 2026, a copy of the foregoing was served electronically via the Court's e-filing system on all counsel of record.

*Matthew Mainen*
Matthew Mainen

SignWell

# Completed Document Audit Report

Completed with SignWell.com

## Title: Sumrall Damages Stipulation

Document ID: 266a7e3e-a96c-4af8-92ff-9ecb832b2af8

Time Zone: (GMT+00:00) Coordinated Universal Time

### Files

Sumrall Damages Stipulation.pdf - 2 pages — Oct 26, 2026 14:36:04 UTC

### Activity

| | | |
|---|---|---|
| **Matthew Mainen**<br>IP: 190.141.36.47 | created the document [redacted] | Oct 26, 2026 14:36:56 UTC |
| **Matthew Mainen**<br>IP: 190.141.36.47 | sent the document to [redacted] | Oct 26, 2026 14:37:26 UTC |
| **Kimmara Sumrall**<br>IP: 2600:4040:2217:ac00:a15e:85ef:b63:ffee | first viewed document [redacted] | Oct 26, 2026 18:57:05 UTC |
| **Kimmara Sumrall**<br>IP: 2600:4040:2217:ac00:a15e:85ef:b63:ffee | signed the document [redacted] | Oct 26, 2026 18:59:17 UTC |